UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADARIUS DOWNS, | CV 23-2271 PA (PVC) |
| Plaintiff, | JUDGMENT |
| v. | |
| JANE DOE 2, et al., | |
| Defendants. | |

Pursuant to the Court's May 9, 2023 Minute Order dismissing this action for failure to prosecute and/or comply with a court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 9, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE